IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANIEL WANTOCK,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-741-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Daniel Wantock attorney fees and costs in the amount of $5,000.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

| | |
|---|---|
| s/ V. Olmo, Deputy Clerk | 3/20/2018 |
| Peter Oppeneer, Clerk of Court | Date |